## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BRENT WADE WHITMORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-12-143-R |
| | ) |
| **CAROLYN W. COLVIN, Acting** | ) |
| **Commissioner of Social Security** | ) |
| **Administration,** | ) |
| | ) |
| **Defendant.** | ) |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Son T. Erwin, entered February 21, 2013. Doc. No. 20. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 20] is ADOPTED in its entirety, the decision of Defendant Commissioner is REVERSED and this matter is REMANDED to the Commissioner of the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 8th day of March, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE